IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JOHNSON,**  **PLAINTIFF**
ADC #129730

v.  Case No. 4:20-cv-00041 KGB-BD

**DARLENE BOREANI,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 10).  No objections have been filed, and the time for filing objections has passed.  Plaintiff Corey Johnson filed an addendum to his amended complaint; however, he does not assert any additional claims or raise any objections to the Recommended Disposition (Dkt. No. 11).  The Court has carefully considered Mr. Johnson's addendum in determining whether to adopt Judge Deere's Recommended Disposition.  After a careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 10).

Accordingly, this Court dismisses without prejudice plaintiff Corey Johnson's claims for failure to state a federal claim for relief (Dkt. No. 2).  This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

It is so ordered this 19th day of January, 2021.

Kristine G. Baker
United States District Judge