IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JOHNSON,**
ADC #129730                                                                   **PLAINTIFF**

V.                  CASE NO. 4:20-cv-41-KGB-BD

**DARLENE BOREANI,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Corey Johnson's complaint, amended complaint, and addendum are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

                                               _____
                                               Kristine G. Baker
                                               United States District Judge